IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| ATAIN INSURANCE COMPANY | : | CIVIL ACTION |
| | : | |
| v. | : | |
| | : | |
| V2 PROPERTIES, LLC, ET AL. | : | NO. 22-288 |

## <u>ORDER</u>

**AND NOW**, this 2nd of November, 2022, upon consideration of Plaintiff's Motion for Judgment on the Pleadings (Docket No. 22), Defendants' opposition thereto, and Plaintiff's Reply, and for the reasons stated in the accompanying Memorandum, **IT IS HEREBY ORDERED** that the Motion is **DENIED**.

BY THE COURT:

/s/ John R. Padova, J.

_____

John R. Padova, J.